IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Petitioner,<br><br>        v.<br><br>PABLO SANTIAGO HERNANDEZ-ARENADO, Register Number 04139-131<br><br>   Respondent. | No. 08-cv-278-JPG<br><br><br><br><br><br><br><br>consolidated with |
| PABLO SANTIAGO HERNANDEZ-ARENADO,<br><br>   Petitioner,<br><br>        v.<br><br>IVONNE BAZERMAN, Acting Chairperson of the Federal Bureau of Prisons Certification Review Panel, Washington, D.C., and LISA J.W. HOLLINGSWORTH, Warden of U.S.P.-Marion, Marion, Illinois,<br><br>   Respondent. | No. 08-cv-291-JPG |

## **JUDGMENT**

     This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

     IT IS HEREBY ORDERED AND ADJUDGED that the petition of the United States of America to certify respondent Pablo Santiago Hernandez-Arenado as a sexually dangerous person (Case No. 08-cv-278-JPG) is dismissed;

     IT IS FURTHER ORDERED AND ADJUDGED that petitioner Pablo Santiago Hernandez-Arenado's petition for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2241 (Case No. 08-cv-291-JPG) is granted and that respondent Lisa J.W. Hollingsworth, Warden of U.S.P.-

Marion, shall release petitioner Pablo Santiago Hernandez-Arenado within 14 days of the date of this order under the conditions found in 8 U.S.C. § 1231(a)(3) and 8 C.F.R. § 241.5.

**DATED: June 9, 2008**                               **NORBERT JAWORSKI**

                                                             **By:s/Deborah Agans, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**